# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY, <br><br> Plaintiffs, <br><br> v. <br><br> ALIPHCOM D/B/A JAWBONE, <br><br><br> HARMAN INTERNATIONAL INDUSTRIES, INC. | Case No. 2:16-cv-00674-JRG-RSP <br><br> CONSOLIDATED <br><br><br><br><br><br> Case No. 2:16-cv-00673-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Plaintiffs Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny's filing of a Notice of Voluntary Dismissal With Prejudice before an answer or motion for summary judgment has been filed by Defendant Harman International Industries, Inc. ("Harman"), the Court hereby dismisses all claims against Harman with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i). All attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 29th day of September, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE